**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DEMETRIUS JENKINS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1642** |
| | : | |
| **THE UNITED STATES OF AMERICA** | : | |

# ORDER

**AND NOW**, this 21st day of July 2023, upon screening an incarcerated person's pro se *Bivens* Complaint (ECF No. 1) consistent with our obligations under 28 U.S.C. § 1915 following our June 9, 2023 Order (ECF No. 6), having found the incarcerated person does not state a claim or is attempting to sue prosecutors for their judicial conduct, and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. We **DISMISS** the Complaint (ECF No. 1) without prejudice;

2. Plaintiff is granted leave to file an amended Complaint naming a non-immune Defendant with a claim recognized under *Bivens* if possible, no later than **August 25, 2023;** and,

3. The Clerk of Court shall not issue summons(es) until further Order.

_____
**KEARNEY, J.**